■ 91 FIFTH AVENUE CORP., Respondent, v BOB ADELMAN, Appellant. — Appeal from order, Supreme Court, New York County, entered on December 16, 1982: Motion to dismiss appeal on the ground that the order appealed from has been vacated, recalled and set aside granted, and cross motion to enlarge the record on appeal and for other relief denied in all respects as academic. No opinion. Concur — Sullivan, J. P., Ross, Fein, Milonas and Kassal, JJ.

■ In the Matter of the Arbitration between ALLCITY INSURANCE COMPANY, Respondent, and KEMPER INSURANCE COMPANY, Appellant. — Order, Supreme Court, New York County (Louis I. Kaplan, J.), entered on September 15, 1982, unanimously affirmed. (See CPLR 7502, subd [b].) Petitioner-respondent shall recover of respondent-appellant $75 costs and disbursements of this appeal. No opinion. Concur — Sullivan, J. P., Silverman, Lynch, Milonas and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v DANIEL WHITE. — Motion for summary judgment dismissed as this court lacks jurisdiction. Concur — Murphy, P. J., Kupferman, Sandler and Carro, JJ.